ACCEPTED
01-14-00906-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/12/2015 5:23:40 PM
CHRISTOPHER PRINE
CLERK

No. 01-14-00906-CV

IN THE
FIRST COURT OF APPEALS
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/12/2015 5:23:40 PM
CHRISTOPHER A. PRINE
~~Clerk~~

## JOHN MOORE SERVICES, INC. AND JOHN MOORE RENOVATION, LLC,

*Appellants,*

**v.**

## THE BETTER BUSINESS BUREAU OF METROPOLITAN HOUSTON, INC.,

*Appellee.*

## APPELLEE'S RESPONSE TO APPELLANTS' MOTION FOR EXTENSION OF TIME TO COMPLETE MEDIATION AND REPLY IN SUPPORT OF APPELLEE'S MOTION TO VACATE MEMORANDUM ORDER OF REFERRAL TO MEDIATION AND RELATED ORDERS

Lauren B. Harris
Texas Bar No. 02009470
lharris@porterhedges.com
Jeffrey R. Elkin
Susan K. Hellinger
M. Harris Stamey
PORTER HEDGES LLP
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6624
Facsimile: (713) 226-6224

*Attorneys for Appellee*

**TO THE HONORABLE FIRST COURT OF APPEALS:**

Appellee The Better Business Bureau of Metropolitan Houston, Inc. (the "Houston BBB") files this response to Appellants' Motion for Extension of Time to Complete Mediation and reply in support of Appellee's motion to vacate the April 1, 2015 Memorandum Order of Referral to Mediation and related orders and would respectfully show the Court as follows:

After the Houston BBB filed its Motion to Vacate Memorandum Order of Referral to Mediation and Related Orders ("Motion to Vacate"), Appellants John Moore Services, Inc. and John Moore Renovation, LLC (collectively, "John Moore") filed an opposition to that motion and, in a separate filing, requested another extension of the mediation deadline based on the illness of John Moore's counsel. For the reasons stated in the Motion to Vacate, the Houston BBB opposes John Moore's request for another extension of the mediation deadline.

This is an accelerated, interlocutory appeal based on the Texas Citizens' Participation Act, a statute that is intended, among other things, to affect a prompt resolution of certain claims. Yet, this serial litigation has been ongoing for years and this appeal has been effectively abated for six months. The prior delays have thwarted the Legislature's intent and prejudiced the Houston BBB Defendants, and

any additional delay would only compound those circumstances.[1]  The Houston BBB simply seeks to have this appeal decided so this litigation can proceed to a conclusion.

For these reasons, the Houston BBB respectfully requests that Appellants' Motion for Extension of Time to Complete Mediation be denied in its entirety and that the Court vacate its April 1, 2015 Memorandum Order of Referral to Mediation and the related orders extending the mediation deadlines.

Dated: October 12, 2015.

---

[1] Notably, John Moore does not dispute that the prior extensions of the mediation deadline have prejudiced the Houston BBB.  It only argues, wrongly, that another extension "would not create any further prejudice for the Houston BBB."  Appellants' Response at 2.

Respectfully submitted,

**PORTER HEDGES LLP**


By: */s/ Lauren B. Harris*
    Lauren B. Harris
    Texas Bar No. 02009470
    lharris@porterhedges.com
    Jeffrey R. Elkin
    Texas Bar No. 06522180
    Susan K. Hellinger
    Texas Bar No. 00787855
    M. Harris Stamey
    Texas Bar No. 24060650
    1000 Main Street, 36th Floor
    Houston, Texas  77002
    Telephone: (713) 226-6624
    Facsimile: (713) 226-6224

*Attorneys for Appellee The Better Business Bureau of Metropolitan Houston, Inc.*

## CERTIFICATE OF SERVICE

Pursuant to Rules 6.3 and 9.5(b), (d), and (e) of the Texas Rules of Appellate Procedure, this is to certify that on this 12th day of October, 2015, a true and correct copy of the foregoing was served on the following counsel of record by U.S. first class mail and by electronic delivery as follows:

Lori Hood
Bobbie L. Stratton
Baker Donelson Bearman Caldwell & Berkowitz, P.C.
1301 McKinney Street, Suite 3700
Houston, TX 77010
(713) 650-9700
(713) 650-9701

*Attorneys for Appellants John Moore Services, Inc. and John Moore Renovation, LLC*

*/s/ Lauren B. Harris*
Lauren B. Harris

5127349v1